injustice. There is a fundamental and vital moral difference between an intentional killing through murder or voluntary manslaughter and other types of homicides. No statute specifically bars this result nor does any sound public policy preclude it. Indeed, it commands it.

Accordingly, the judgment of the circuit court is reversed and this cause is remanded to that court with directions to enter an appropriate judgment in conformity with the views herein expressed.

Reversed and remanded with directions.

TRAPP, P. J. and CRAVEN, J., concur.

People of the State of Illinois, Plaintiff-Appellee, v. George William Smith, Jr., Defendant-Appellant.

Gen. No. 68–64. (Abstract of Decision.)

Second District.

April 10, 1969.

Joanne Sevcik Shea, of Riverside, for appellant; Bruno W. Stanczak, State's Attorney of Lake County, of Waukegan, and John Hoogasian, Assistant State's Attorney, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.